UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6334-CIV-ZLOCH
90-6062-CR-ZLOCH

FILED by \_\_\_\_ D.C.

MAY 0 5 1999

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CARLOS CARBALLOSA,

    Movant,

vs.                                    **FINAL ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

    Respondent.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 444), filed herein by United States Magistrate Judge Charlene H. Sorrentino. No objections to said Report have been filed herein.

The Court has conducted a *de novo* review of the entire record herein and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report Of Magistrate Judge (DE 444), filed herein by United States Magistrate Judge Charlene H. Sorrentino, be and the same is hereby approved, adopted and ratified by the Court;

2. The Motion To Vacate filed herein by Carlos Carballosa be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

    a. The aforementioned Motion To Vacate be and the same is hereby **GRANTED** to the extent that the Movant shall be allowed to prosecute an appeal out of time as to sentencing issues only;

    b. All other sentencing claims be and the same are hereby **DENIED** as moot; and

c. The claim for ineffective assistance of counsel at sentencing be and the same is hereby **DENIED**;

3. The above-styled cause be and the same is hereby **DISMISSED**; and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 1999.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Charlene H. Sorrentino
Lawrence E. Besser, Esq.
Donald F. Chase, II, Esq., AUSA
Kerry Barron, Esq., AUSA